Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PORT OF VANCOUVER, USA,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　　　　Respondent. | No. 3:24-cv-06033-DGE<br><br>ORDER GRANTING THE STIPULATED MOTION TO SUSPEND RULE 26 DEADLINES |

　　　　By Stipulated Motion, the parties move the Court for suspension of the deadlines for the Federal Rule of Civil Procedure ("FRCP") 26(f) Conference, initial disclosures pursuant to FRCP 26(a)(1), submission of the combined joint status report and discovery plan as required by FRCP 26(f) and LCR 26(f), and the scheduling conference currently set for May 2, 2025 (the "Initial Scheduling Dates"). *See* Dkt. #26.

　　　　The Stipulated Motion is GRANTED and the Initial Scheduling Dates are suspended pending resolution of BNSF Railway Company's Motion to Vacate Arbitration Award, Dkt. #21, and the Port of Vancouver, USA's Motion to Confirm Award Upon Remand, Dkt. # 24.

///

///

///

ORDER GRANTING THE STIPULATED
MOTION TO SUSPEND RULE 26
DEADLINES - 1

No. 3:24-cv-06033-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

DATED this 6th day of February, 2025.

_____
Honorable David G. Estudillo

Presented by:

| PACIFICA LAW GROUP LLP | STEPTOE LLP |
|---|---|
| By: /s/ Paul J. Lawrence<br>Paul J. Lawrence, WSBA #13557<br>Kai A. Smith, WSBA #54749<br>Luther Reed-Caulkins, WSBA #62513 | Steven K. Davidson (*pro hac vice*)<br>Molly Bruder Fox (*pro hac vice*) |

*Attorneys for Respondent BNSF Railway Company*

| SCHWABE, WILLIAMSON & WYATT, P.C. | SLOVER & LOFTUS LLP |
|---|---|
| By: /s/ Noah Jarrett<br>Molly J. Henry, WSBA #40818<br>Noah Jarrett, WSBA #31117 | Robert D. Rosenberg (*pro hac vice*)<br>Frank J. Pergolizzi (*pro hac vice*) |

*Attorneys for Petitioner Port of Vancouver, USA*

ORDER GRANTING THE STIPULATED
MOTION TO SUSPEND RULE 26
DEADLINES - 2
No. 3:24-cv-06033-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750